[No. 42955-1-II.   Division Two.   April 2, 2013.]

JAMES M. CRAVEN, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-00047-5, Christine A. Pomeroy, J., entered December 9, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[Nos. 43048-7-II; 43058-4-II.   Division Two.   April 2, 2013.]

*In the Matter of the Welfare of* N.A.

*In the Matter of the Welfare of* Z.B.

Appeals from a judgment of the Superior Court for Pierce County, No. 11-7-00205-9, Kitty-Ann van Doorninck, J., entered January 25, 2012. *Reversed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 43151-3-II.   Division Two.   April 2, 2013.]

*In the Matter of the Detention of* J.L.

Appeal from a judgment of the Superior Court for Clark County, No. 12-6-00018-1, Amy L. Swingen, J. Pro Tem., entered February 16, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Bjorgen, JJ.

[No. 43269-2-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. PARTSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00047-1, Richard L. Brosey, J., entered March 26, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Van Deren and Bjorgen, JJ.